```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
AUDREY L. BRADY,                     :
                                     :
              Plaintiff,             :       09 Civ. 1799 (JSR)
                                     :
         -v-                         :           ORDER
                                     :
TSK HOLDINGS L.L.C. and MICHAEL C.   :
COLEMAN,                             :
                                     :
              DefendantS.            :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

The parties in this case have informed the Court that they have reached a settlement. Accordingly, the case is hereby dismissed with prejudice, but with leave to any party to move within 60 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

SO ORDERED.

                                                               JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       March 16, 2009



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-17-09